UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

GEICO Marine Insurance Company,   CASE NO: 3:20-cv-00952-BJD-JRK

          Plaintiff,
vs.

GRANTLAND KINGMAN and
DIANE JARVIS,

          Defendants,
_____

## SUGGESTION OF FILING CHAPTER 7 BANKRUPTCY

YOU WILL PLEASE TAKE NOTICE THAT the Defendant, GRANTLAND KINGMAN, named herein filed a petition for relief under Chapter 7 of the U.S. Bankruptcy Code, **CASE NO: 3:20-bk-03304,** Jacksonville Division, Middle District of Florida.

The Debtor's right to discharge has not been determined and discharge has not been denied or waived. This action is founded on a dischargeable claim. Section 362 of the Bankruptcy Code prohibits the commencement or continuation of any action to collect or recover on an indebtedness of the Debtor or to enforce any lien against property of the Debtor. Accordingly, Debtor suggests that this action is stayed.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Lesley-Anne Marks, Esq., Attorney for the Plaintiff, Gray Robinson, PA, 1795 W Nasa Blvd, Melbourne, FL 32902, <u>and</u> Eric J. Friday, Esq., Attorney for the Co-defendant, Diane Jarvis, Kingry & Friday, Esq., 1919 Atlantic Blvd, Jacksonville, Florida 32207, via United States Mail, first class postage prepaid, and/or electronic service this **14th** day of November, 2020.

          /s/ Todd W. Henry
          TODD W. HENRY, ESQUIRE
          Florida Bar No: 0077003
          HENRY & HENRY LAW OFFICES
          1555 Kingsley Avenue Ste 405
          Orange Park, FL  32073
          Telephone: (904) 264-6776
          Email: todd.henry@toddhenrylaw.com

**NOTICE:** This document is filed for informational purposes only and does not constitute a notice of appearance by the Law Offices of Henry & Henry.