# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### Jacksonville Division

## IN ADMIRALTY

GEICO Marine Insurance Company, **Case No.: 3:20-cv-00952-BJD-JRK**

Plaintiff,

vs.

Grantland Kingman and Diane Jarvis,

Defendants.

_____/

## JOINT NOTICE CONCERNING STAY OF PROCREEDINGS

Plaintiff, GEICO Marine Insurance Company ("GEICO Marine") and Defendant, Diane Jarvis ("Jarvis"), through their respective undersigned counsel, hereby provide their Joint Notice Concerning a Stay of these Proceedings as directed by this Court's Order of December 11, 2020 (DE 24) and state as follows:

1.     Defendant, Grantland Kingman ("Kingman"), has filed a Petition for Voluntary Bankruptcy in the United States Bankruptcy Court for the Middle District of Florida (Jacksonville), Case Number 3:20-bk-03304-JAF.

2.     GEICO Marine and Jarvis have filed a Joint Motion in the bankruptcy proceedings for relief from the automatic stay to permit the instant case to proceed as to both Jarvis and Kingman. That motion is pending with the bankruptcy court for ruling.

1

3.    To avoid the possibility of inconsistent judgments, the parties respectfully suggest that these proceedings be stayed until February 1, 2021.  On or before that date, GEICO Marine and Jarvis will file a Status Report concerning the Kingman bankruptcy proceedings and any ruling by the bankruptcy court on the Joint Motion for Relief from Stay.

WHEREFORE, the parties respectfully request that this court stay these proceedings until February 1, 2021 and require the parties to submit a Joint Status Report on or before that date concerning the status of the bankruptcy proceedings and to award further relief deemed proper under the circumstances.

Respectfully submitted,

| | |
|---|---|
| /s/ Ted Shinlke, Esq. | /s/ Eric J. Friday, Esq. |
| TED SHINKLE, ESQ. | ERIC J. FRIDAY, ESQ. |
| Florida Bar No. 0608051 | Florida Bar No. 0797901 |
| WhiteBird, PLLC | Kingry & Friday |
| 730 E. Strawbridge Ave. | 1919 Atlantic Blvd. |
| Suite 209 | Jacksonville, Florida 32207 |
| Melbourne, Florida 32901 | Telephone: (904) 722-3333 |
| Telephone: (321) 327-5580 | Facsimile: (904) 212-0113 |
| Facsimile: (321) 327-5655 | Email: ericjfriday@gmail.com |
| Email: tshinkle@whitebirdlaw.com. | |