UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

IN ADMIRALTY

GEICO Marine Insurance Company,    **Case No.: 3:20-cv-00952-BJD-JRK**

       Plaintiff,

vs.

Grantland Kingman and Diane Jarvis,

       Defendants.

_____/

## UNOPPOSED MOTION TO AMEND COMPLAINT

Plaintiff, GEICO Marine Insurance Company ("GEICO Marine"), through undersigned counsel, respectfully moves this Court to permit it to amend the complaint to include Comerica Bank as an additional defendant and to remove Grantland Kingman as a defendant on the claim for compensatory damages. The grounds for this motion are as follows:

1.    GEICO Marine initiated these proceedings seeking declaratory relief and compensatory damages against Grantland Kingman and Diane Jarivs. (Doc. 1).

2.     Grantland Kingman subsequently filed a petition for relief under Chapter 7 of the United States Bankruptcy Code. (Doc. 23).

3.     Because of the bankruptcy proceedings, this case was stayed. (Doc. 26).

4.     On April 26, 2021, the United States Bankruptcy Court for the Middle District of Florida entered an order granting the parties' joint motion for relief from stay. (Doc 28-1).

5.     The bankruptcy court lifted the stay allowing the instant case to proceed against Grantland Kingman for declaratory relief, but not for monetary damages.  (Doc. 28).

6.     This Court subsequently entered an order reopening this case and directing the parties to file a Case Management Report.  (Doc. 29).

7.     The parties filed their Uniform Case Management Report on April 30, 2021 requesting a deadline of June 1, 2021 for moving to join a party or amend the pleadings.  (Doc. 30, p. 1).

8.     GEICO Marine needs to add Comerica Bank as an additional defendant, because the bank is named as the loss payee on the insurance policy involved in this case.

9.     If Comerica Bank is not added as a defendant, full relief cannot be granted to all parties with a stake in the outcome of this case.

10.     Additionally, GEICO Marine seeks to amend the claim for compensatory damages to proceed only against Diane Jarvis on that claim, because any potential debt Mr. Kingman may have had for damages was discharged in the bankruptcy proceedings.

11.     No party will be prejudiced if the court allows this amendment.

12.     The proposed Second Amended Complaint is attached to this motion.

## MEMORANDUM OF LAW

"Motions for leave to amend a complaint are governed by Rule 15 which states that courts should 'freely give leave when justice so requires.'" *LM Insurance Corp. v. Occidental Fire*, case number 5:19-cv-274-Oc-30PRL, 2020 WL 2950372, *1 (M.D. Fla. Feb. 11, 2020).  In the instant case, leave to amend should be granted, as there has been no undue delay on the part of GEICO Marine in seeking the amendment. Any delay in these proceedings was the result of Mr. Kingman's bankruptcy petition and the resulting stay. Furthermore, no party will be prejudiced if the court allows the amendment, because discovery had just commenced when the case was stayed, and no

depositions have yet been taken.  If the motion to amend is not granted, however, GEICO Marine could be subjected to a separate claim by Comerica Bank.  *See* e.g., *DeMay v. Dependable Insurance Company*, 638 So. 2d 96 (Fla. DCA 1994) (finding that a loss payee clause confers upon the loss payee third party beneficiary standing to bring an action against the insurer).

WHEREFORE, GEICO Marine respectfully moves this court to allow it to amend its complaint, to deem the attached amended complaint filed and awarding further relief deemed proper under the circumstances.

WHITEBIRD, PLLC
Counsel for Plaintiff,
GEICO MARINE INSURANCE COMPANY


/s/ Ted Shinkle
TED SHINKLE, ESQ.
Florida Bar No. 0608051
730 E. Strawbridge Ave., Ste. 209
Melbourne, FL  32901
Tel.: (321) 327-5580 / Fax: (321) 327-5655
Primary Email: tshinkle@whitebirdlaw.com
Secondary Email: jaliano@whitebirdlaw.com

## Local Rule 3.01(g) Certification

Undersigned counsel certifies that he has conferred with the opposing

party and that no party objects to the relief sought in this motion.

/s/ Ted Shinkle
TED SHINKLE, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 20th day of May, 2021 I electronically filed

the foregoing with the Clerk of the Court by using the CM/ECF system

which in turn will electronically serve a copy of same to all interested parties.

/s/ Ted Shinkle
TED SHINKLE, ESQ.