UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GEICO MARINE INSURANCE
COMPANY,

        Plaintiff,

v.                                 Case No. 3:20-cv-952-BJD-JRK

GRANTLAND KINGMAN, DIANE
JARVIS, and COMERICA BANK,

        Defendants.
_____/

**ORDER**

1.     The Unopposed Motion to Amend Complaint (Doc. No. 31), filed May 20, 2021, is **GRANTED**.

2.     The Clerk of Court shall file the Second Amended Complaint for Declaratory Judgment (Doc. No. 31-1) as of the date of this Order.

3.     In light of the procedural posture of the case, Plaintiff shall serve the new Defendant (or arrange for a waiver of service) as soon as practicable. Defendants shall respond to the Second Amended Complaint for Declaratory Judgment within the time permitted by the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Jacksonville, Florida on May 21, 2021.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Counsel of Record